**Order entered July 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00501-CV

**DOWNTOWN MCKINNEY PARTNERS, LLC, Appellant**
**V.**
**INTERMCKINNEY, LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03474-2020**

### ORDER

On July 21, 2022, we ordered appellant's brief be filed no later than August 22, 2022. Although a reporter's record had not been filed, appellant's docketing statement indicated that appellant would not be requesting the record and that a record did not exist. However, a record exists, has been requested, and, based on court reporter Denise Carrillo's July 21, 2022 letter, can be filed by August 5, 2022. Accordingly, we **RESET** the brief deadline. We **ORDER** the reporter's record be filed no later than August 5, 2022 and appellant's brief be filed within thirty days of the filing of the record.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE